**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **In Re:** | * | |
| | * | |
| **RONNY A FRANCO,** | * | **Case No. 06-10898-RGM** |
| **SOC. SEC. NO.: XXX-XX-3952** | * | **Chapter 13** |
| | * | |
| **Debtor.** | * | |

\*   \*   \*   \*   \*   \*   \*

**NOTICE AND MOTION FOR VOLUNTARY
DISMISSAL OF CHAPTER 13 CASE UNDER §1307(b)**

The Debtor, RONNY A FRANCO, represents as follows:

1. This Chapter 13 case has not been converted to Chapter 13 from another chapter of Title 11.
2. This case was filed on August 3, 2006.
3. Under 11 U.S.C. §1307(b), a debtor is entitled to have their Chapter 13 case dismissed at any time. The Debtor, by this notice, requests that this case, bearing the case number 06-10898-RGM, be dismissed without prejudice.
4. The Debtor requests that moneys presently held by the Chapter 13 Trustee be disbursed in the sum of $11,968.10 to Javier Gomez Rodriguez, c/o Richard L. Kreger, Esq., 357 Johnstown Rd., Chesapeake, VA 23322 and the remaining balance to Ronny Franco, c/o Tommy Andrews, Jr., 122 N. Alfred St., Alexandria VA 22314
5. A copy of this notice and motion has been mailed, on this date, to the Chapter 13 Trustee administering this case and the United States Trustee.

**WHEREFORE**, Debtor moves this Honorable Court to enter an order dismissing this case without prejudice and for such other and further relief as this Honorable Court deems just and proper under the law.

|  |  Respectfully submitted, |
|---|---|
|  | **RONNY A FRANCO** |
| /s/ Ronny A. Franco | By Counsel |
| Ronny A. Franco | /s/ Tommy Andrews Jr. |
|  | Tommy Andrews, Jr., Esq. #28544 |
|  | **Tommy Andrews, Jr., P.C.** |
|  | 122 North Alfred Street |
|  | Alexandria, Virginia 22314 |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on  25th  day of  September  2006, a copy of the foregoing Debtor's Notice and Motion of Voluntary Dismissal of Chapter 13 Case Under §1307(b) was served by first class mail, postage prepaid, by hand delivered, and/or by ECF system to the Chapter 13 Trustee, the US Trustee and all necessary creditors and interested parties.

/s/ Tommy Andrews Jr.
Tommy Andrews, Jr.